| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | KELLER BENVENUTTI KIM LLP |
| Theodore E. Tsekerides (*pro hac vice*) | Tobias S. Keller (#151445) |
| (theodore.tsekerides@weil.com) | (tkeller@kbkllp.com) |
| Richard W. Slack (*pro hac vice*) | Peter J. Benvenutti (#60566) |
| (richard.slack@weil.com) | (pbenvenutti@kbkllp.com) |
| Jessica Liou (*pro hac vice*) | Jane Kim (#298192) |
| (jessica.liou@weil.com) | (jkim@kbkllp.com) |
| Matthew Goren (*pro hac vice*) | 650 California Street, Suite 1900 |
| (matthew.goren@weil.com) | San Francisco, CA 94108 |
| 767 Fifth Avenue | Tel:  (415) 496-6723 |
| New York, NY 10153-0119 | Fax:  (415) 636-9251 |
| Tel: 212 310 8000 | |
| Fax: 212 310 8007 | |

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL, et al., <br><br> Appellants, <br><br> v. <br><br> PG&E CORPORATION, et al., <br><br> Appellees. | Case No. 20-cv-04569-HSG <br><br> Bankruptcy Case No 19-30088 (DM) <br><br> **JOINT STIPULATION AND ORDER SUSPENDING BRIEFING ON MERITS OF APPEAL PENDING RESOLUTION OF REORGANIZED DEBTORS' MOTION TO DISMISS** <br><br> Judge: Hon. Haywood S. Gilliam**, Jr.** |

## JOINT STIPULATION

PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors (collectively, the "**Debtors**," and as reorganized pursuant to the Plan[1], the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and Appellees herein, on the one hand, and the International Church of the Foursquare Gospel and certain wildfire victims from the Camp Fire ("**Appellants**") on the other hand, hereby stipulate as follows:

WHEREAS, the Reorganized Debtors filed the *Reorganized Debtors' Motion to Dismiss the Appeal of International Church of the Foursquare Gospel and Certain Camp Fire Victims* (the "**Motion to Dismiss**") [Dkt. No. 4], on August 26, 2020;

WHEREAS, the Motion to Dismiss is currently set to be heard on October 29, 2020 [Dkt. No. 4], and Appellants must file any response to the Motion to Dismiss by September 9, 2020, and the Reorganized Debtors must file any reply to Appellants' response by September 16, 2020 [Dkt. No. 5];

WHEREAS, the parties wish to amend the schedule for briefing on the Motion to Dismiss, and agree that it would serve the interests of judicial economy to hold briefing on the merits of the Appeal in abeyance pending a disposition of the Motion to Dismiss;

**IT IS HEREBY STIPULATED:**

1. All deadlines for briefing the merits of the Appeal as set forth in the Scheduling Order are hereby suspended.

2. The Court will enter a new briefing schedule on the merits of the appeal upon the disposition of the Motion to Dismiss.

3. Appellants must file any response to the Motion to Dismiss by September 25, 2020.

4. The Reorganized Debtors must file any reply to Appellants' response to the Motion to Dismiss by October 12, 2020.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion to Dismiss.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: September 3, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Theodore E. Tsekerides*
          Theodore E. Tsekerides

*Attorneys for Appellees PG&E Corporation and Pacific Gas and Electric Company*

**THE LAW OFFICE OF JOSEPH WEST**

By: */s/ Joseph West*
          Joseph West

*Counsel for International Church of the Foursquare Gospel and certain wildfire victims from the Camp Fire*

"Pursuant to Local Rule 5-1(i)(3), I, Thomas B. Rupp, attest that concurrence in filing this document has been obtained from the other signatories."

KELLER BENVENUTTI KIM LLP

*/s/ Thomas B. Rupp*
Thomas B. Rupp

# ORDER

WHEREAS, on September 3, 2020, the Reorganized Debtors and Appellants filed the *Joint Stipulation and Proposed Order Suspending Briefing on Merits of Appeal Pending Resolution of Motion to Dismiss* (the "**Stipulation**") requesting that briefing on the merits of this appeal be stayed until disposition of the Motion to Dismiss;

For the reasons set forth in the Stipulation, and good cause appearing therefor,

1. All deadlines for briefing the merits of the Appeal as set forth in the Scheduling Order are hereby suspended.

2. The Court will enter a new briefing schedule on the merits of the Appeal upon the disposition of the Motion to Dismiss.

3. Appellants must file any response to the Motion to Dismiss by September 25, 2020.

4. The Reorganized Debtors must file any reply to Appellants' response to the Motion to Dismiss by October 12, 2020.

**IT IS SO ORDERED.**

Dated: September 4, 2020

*/s/ Haywood S. Gilliam, Jr.*

The Honorable Haywood S. Gilliam, Jr.

United States District Judge